# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 26, 2007

130481 & (49)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SUSAN MARIE CZAJKOWSKI KLOSS,
     Plaintiff-Appellee,
     Cross-Appellant,

v

NORBERT PAUL CZAJKOWSKI,
     Defendant-Appellant,
     Cross-Appellee.

SC: 130481
COA: 257737
St. Clair CC: 93-001962-DO

_____/

     On order of the Court, the application for leave to appeal the December 29, 2005 judgment of the Court of Appeals and the application for leave to appeal as cross-appellant are considered, and they are DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 26, 2007

_____
Clerk

s0319